UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD BRASLEY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEARLESS FARRIS SERVICE STATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:08-CV-173-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

  The Court has before it Plaintiffs' Motion for Additional Relief Pursuant to Paragraph 8(c) of Court's Amended Judgment (Dkt. 166). The Court has determined that the best way forward in this matter is to give Defendants approximately 90 days to show complete compliance with the Court's Amended Judgment. If Defendants do not show full compliance at that time, the Court will refer the matter to a Special Master. Accordingly,

**IT IS HEREBY ORDERED:**

1. On or before **May 13, 2011** Defendants shall file a report with the Court explaining how and why they are in full compliance with the Court's Amended Judgment. If compliance is an ongoing matter, Defendants shall explain the status of that ongoing compliance and what steps are being

    taken to ensure that compliance continues.

2. On or before **May 27, 2011** Plaintiffs may file a response indicating areas where they believe Defendants are not in full compliance with the Court's Amended Judgment, and whether they believe a Special Master is necessary.

3. On or before **June 3, 2011**, Defendants may file a reply brief.

4. The Court will then issue a decision on whether Defendants are in full compliance with the Amended Judgment. If the Court determines that Defendants are not in full compliance, the Court will refer the matter to a Special Master at the expense of Defendants. The Special Master will then make recommendations to this Court for final resolution.

5. Plaintiffs' Motion for Additional Relief Pursuant to Paragraph 8(c) of Court's Amended Judgment (Dkt. 166) is **DENIED WITHOUT PREJUDICE**.



DATED: **February 17, 2011**

Honorable B. Lynn Winmill
Chief U. S. District Judge