UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD BRASLEY, *et. al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>FEARLESS FARRIS SERVICE STATIONS, INC., *et. al.*,<br><br>                Defendants. | Case No. 1:08-cv-00173-BLW<br><br>**ORDER** |

Pursuant to the status conference conducted on June 11, 2013, the Court enters the following Order regarding deadlines for providing the Court with a final report from the Special Master,

**ORDER**

**IT IS ORDERED:**

1. The Special Master shall provide the parties with his request for documents, briefs, etc. on or before **June 12, 2013**;

2. The parties shall respond to the Special Master's request on or before **June 18, 2013**;

3. The Special Master shall make any additional requests to the parties on or before **July 12, 2013**;

4. The parties shall respond to the Special Master's additional requests on or before **July 19, 2013**;

5. The Special Master shall provide the Court with his final report on or before **August 2, 2013**.

6. The parties shall provide the opposing party with a copy of any documents, briefs, etc. they provide to the Special Master.

7. If the parties cannot meet the deadlines outlined above, they shall immediately contact Jeff Severson, the Law Clerk assigned to this case, to discuss whether the Court may amend the deadlines. The Court may schedule another status conference to address these issues if necessary. Mr. Severson can be reached at (208) 334-9027 or at jeff_severson@id.uscourts.gov.

DATED: **June 11, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**