

**FILED**

MAR 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD BRASLEY; TODD WAYMENT; VERNON ELLIOTT; BETTY NEWELL,<br><br>            Plaintiffs-Appellants,<br><br>v.<br><br>FEARLESS FARRIS SERVICE STATIONS, INC.; WESTPOINT TRANSPORTATION, INC., a wholly owned subsidiary of Fearless Farris Service Stations, Inc.; FEARLESS FARRIS SERVICE STATIONS DEFERRED COMPENSATION PLAN; CHARLEY JONES, individually and as present and/or former administrators and fiduciaries of the Fearless Farris Service Stations, Inc. Deferred Compensation Plan; SHAWN DAVIS, individually and as present and/or former administrators and fiduciaries of the Fearless Farris Service Stations, Inc. Deferred Compensation Plan; STINKER STORES, INC.,<br><br>            Defendants-Appellees. | No. 16-35519<br><br>D.C. No. 1:08-cv-00173-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: RAWLINSON, CLIFTON, and CHRISTEN, Circuit Judges.

      Each party shall bear their own costs.